2010 DEC 21 PM 2:21
DISTRICT OF UTAH

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE ) | Case No. 09-32818 WTT |
| ) | Chapter 7 |
| TYLER C. GLEAVE ) | |
| TARA L. GLEAVE ) | NOTICE OF PAYMENT OF |
| ) | FUNDS INTO THE REGISTRY |
| Debtor (s) ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On December 15, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two (2) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437798664.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 2 |
| Claimant: | American Infosource LP As Agent for World Financial Network National Bank<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 |
| Claim Amount: | $242.99 |
| Distribution: | $1.64 |
| Claim No.: | 9 |
| Claimant: | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 |
| Claim Amount: | $283.29 |
| Distribution: | $1.91 |

5. Checks in the amounts of $1.64 and $1.91 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 12-15-10

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 20th day of December, 2010:

AMERICAN INFOSOURCE LP AS AGENT FOR
WORLD FINANCIAL NETWORK NATIONAL BANK
PO BOX 248872
OKLAHOMA CITY, OK 73124-8872

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702

*Melanie Valdenama* (signature)